UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DIAZ, | Case No. 2:22-05144 VBF (ADS) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| WARDEN BIRKHOLZ, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in Federal Custody (Dkt. No. 1), Respondent's Answer to Petition for Writ of Habeas Corpus (Dkt. No. 17), Petitioner's Reply to Respondent's Answer (Dkt. No. 18), the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 33), Petitioner's Objections to Report and Recommendation (Dkt. No. 35), and all the records and files herein.  The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections were made.  The

Court overrules the objections and accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation is accepted, (Dkt. No. 33);

2. The Petition is dismissed without prejudice as to Grounds One, Three, and Four and with prejudice as to Ground Two (Dkt. No. 1); and

3. Judgment is to be entered accordingly.

DATED:  November 16, 2023    _____

THE HONORABLE VALERIE BAKER FAIRBANK
United States District Judge

2