**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BRIAN DIAZ,

      Petitioner,

      v.

WARDEN BIRKHOLZ,

      Respondent.

Case No. 2:22-05144 VBF (ADS)

FINAL JUDGMENT

  IT IS ADJUDGED THAT Grounds One, Three and Four are dismissed without prejudice and that Count Two is dismissed with prejudice.

  This is a final and immediately appealable judgment.

DATED:  November 22, 2023     _____

             HON. VALERIE BAKER FAIRBANK
             Senior United States District Judge